O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NTSAKO MABASA, | ) | Case No. CV 10-7132-ODW (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| TERRI GONZALEZ, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Report and Recommendation; and (2) directing that Judgment be entered denying the First Amended Petition and dismissing this action with prejudice.

DATED: April 13, 2012

_____
HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge