JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NTSAKO MABASA,<br><br>　　　　　Petitioner,<br>　　v.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　　Respondent. | Case No. CV 10-7132-ODW (OP)<br><br>J U D G M E N T |

　　Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: April 13, 2012

　　　　　　　　　　　　　　　　　　/s/ Otis D. Wright
　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II.
　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge